UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LUCINDA FAY BENNETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 5:20-cv-101 ) |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security,* | ) ) ) ) |
| Defendant. | ) |

## ORDER

THIS CAUSE is before the Court upon the unopposed motion of Defendant to remand this case to the Commissioner of Social Security (Commissioner) for further action under sentence four of 42 U.S.C. § 405(g). Upon consideration of the motion, and the grounds urged in support thereof, it is

**ORDERED** and **ADJUDGED** that the decision of the Commissioner is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to the Commissioner. Following remand, the Commissioner further consideration of the combined effect of Plaintiff's impairments, including her including her diagnoses of inflammatory poly-arthropathy, fibromyalgia, and seronegative rheumatoid arthritis. The Commissioner will also update the medical record; give Plaintiff the opportunity for a new hearing; and issue a new decision.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO **ORDERED** this 19 day of July, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA