# In the United States District Court for the Southern District of Georgia Waycross Division

```
LUCINDA FAY BENNETT,

      Plaintiff,

v.                                          CV 520-101

KILOLO KIJAKAZI, Acting
Commissioner of Social
Security,

      Defendant.
```

### ORDER

Upon consideration of Plaintiff's petition for attorney's fees, filed pursuant to the Social Security Act, 42 U.S.C. § 406(b), and Defendant having filed no response, it is **ORDERED** that:

1. Pursuant to 42 U.S.C. § 406(b), Plaintiff's attorney is awarded attorney's fees in the amount of $11,336.50 less the $8,016.50 previously paid to Plaintiff's attorney pursuant to the Equal Access to Justice Act.

2. Defendant shall pay from Plaintiff's past due benefits directly to the Plaintiff's attorney the amount of $3,320.00 to Plaintiff's attorney for the net attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

**SO ORDERED,** this 3rd day of April, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA